**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1924**

───────────────

WONDELL TIMMONS, JR.,

      Plaintiff - Appellant,

    v.

CHARLES EDWARD FLOYD,

      Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Robert Bryan Harwell, Senior District Judge.  (4:23-cv-03865-RBH)

───────────────

Submitted:  June 14, 2024                            Decided:  July 17, 2024

───────────────

Before RUSHING and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Wondell Timmons, Jr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wondell Timmons, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Timmons' civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Timmons v. Floyd*, No. 4:23-cv-03865-RBH (D.S.C. Aug. 18, 2023). We deny Timmons' motion for costs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*